ANNA YATSKO, PLAINTIFF-PETITIONER, v. COLUMBIAN CARBON COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Meredith, Meredith & Chase* for the petitioner.

*Messrs. Freeman & Freeman* for the respondent.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ARTHUR WATKINS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Richard Newman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. David S. Baime* for the respondent.

January 27, 1970. Denied.